# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Joseph B. Caldwell ) | |
|     Plaintiff, ) | Case No: 3:16 CV 50015 |
| ) | |
| v. ) | |
| ) | Magistrate Judge: Iain D. Johnston |
| David A. Snyders, et al. ) | |
|     Defendants. ) | |

## ORDER, REPORT AND RECOMMENDATIONS

Settlement conference held on 6/19/2017. Plaintiff orally moves to substitute Stephenson County for the defendant David A. Snyders. The case has settled with defendant Stephenson County with terms explained on the record. Plaintiff orally moves to voluntarily dismiss all individually named defendants including defendant David A. Snyders and Diane York under Civil Rule 41. Accordingly, it is this Court's Report and Recommendation to the District Court Judge that both of the plaintiff's oral motions be granted. Any objection must be filed by 7/3/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(3:57)
Date: June 19, 2017                                           /s/ Iain D. Johnston
                                                                           U.S. Magistrate Judge