## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Joseph B. Caldwell, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 16 C 50015 |
| David A. Snyders, et al., | ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [93] from the magistrate judge that this court grant plaintiff's oral motion to substitute Stephenson County for David Snyders and dismiss all individually named defendants. Any objection to the R&R was to be filed by July 3, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and grants plaintiff's motions.

Date: 7/6/2017                    ENTER:

_____
FREDERICK J. KAPALA

District Judge